1  MELINDA HAAG, CSBN 132612
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   TAYLOR FORD
8  Certified Student Attorney

9  Attorneys for Respondents

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 JARBAS LIMA, CECILIA WATKINS,           )
                                           )
14         Petitioners,                    )   Case No. CV 10-5953 CW
                                           )
15         v.                              )
                                           )   **STIPULATION TO DISMISS; AND**
16 JANET NAPOLITANO, SECRETARY OF THE      )   **ORDER**
   DEPARTMENT OF HOMELAND SECURITY;        )
17 ALEJANDRO MAYORKAS, DIRECTOR, U.S.      )
   CITIZENSHIP & IMMIGRATION SERVICES;     )
18 ROBIN BARRETT, DIRECTOR OF SAN          )
   FRANCISCO FIELD OFFICE, U.S. CITIZENSHIP)
19 AND IMMIGRATION SERVICES                )
                                           )
20                                         )
           Respondents.                    )
21 _____ )

22

23     Petitioners, by and through their attorney of record, and Respondents, by and through their

24 attorney of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a), subject to the approval of the

25 Court, to dismissal of the action in light of the adjudication of Petitioner Lima's adjustment of

26 status application (Form I-485).

27 ///

28 ///

Stip. to Dismiss
C 10-5953 CW

1 | Each of the parties shall bear their own costs and fees.

2 | Date: March 10, 2011                                   Respectfully submitted,

3 |                                                        MELINDA HAAG
  |                                                        United States Attorney
4 |

5 |

6 |                                                        _____/s/_____
  |                                                        ILA C. DEISS
  |                                                        Assistant United States Attorney
7 |                                                        Attorneys for Respondents

8 |

9 |                                                        _____/s/_____
  | Date: March 14, 2011                                   JOYE L. WILEY
10|                                                        Attorney for Petitioner

11|
                                        **ORDER**
12|
        Pursuant to stipulation, IT IS SO ORDERED.
13|

14|
   Date:   **3/14/2011**
15|                                                        CLAUDIA WILKEN
                                                           United States District Judge
16|